UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 0:14-cv-62890-FAM

RICHARD RAMCHARITAR and
KARLA RAMCHARITAR,

      Plaintiffs,
vs.

REVENUE ASSISTANCE
CORPORATION D/B/A REVENUE
GROUP, an Ohio corporation,

      Defendant.
_____ /

### NOTICE OF PENDING SETTLEMENT

Defendant, Revenue Assistance Corporation d/b/a Revenue Group (Revenue), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 28, 2015          Respectfully Submitted,

                                    */s/ Abigail S. Pressler*
                                    Abigail S. Pressler, Esq.
                                    Florida Bar No. 0098072
                                    Dayle M. Van Hoose, Esq.
                                    Florida Bar No. 0016277
                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                    3350 Buschwood Park Drive, Suite 195
                                    Tampa, FL  33618
                                    Telephone:(813) 890-2465
                                    Facsimile: (866) 466-3140

apressler@sessions-law.biz
dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Revenue Assistance Corporation*
*d/b/a Revenue Group*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of May 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Todd M. Davis
Todd M. Davis, Esq.
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
td@davispllc.com

*/s/ Abigail S. Pressler*
Attorney