UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 0:14-cv-62890-FAM

RICHARD RAMCHARITAR and
KARLA RAMCHARITAR,

       Plaintiffs,

vs.

REVENUE ASSISTANCE
CORPORATION D/B/A REVENUE
GROUP, an Ohio corporation,

       Defendant.
_____  /

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME now plaintiffs, Richard Ramcharitar and Karla Ramcharitar (plaintiffs), and defendant, Revenue Assistance Corporation d/b/a Revenue Group (Revenue), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in the above-titled action and represent to the Court that this matter, regarding plaintiffs' claims against Revenue, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 19th day of June 2015.

| | |
|---|---|
| */s/ Todd M. Davis* | */s/ Abigail S. Pressler* |
| Todd M. Davis, Esq. | Abigail S. Pressler, Esq. |
| Florida Bar No. 58470 | Florida Bar No. 0098072 |
| Davis Law Firm | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Bank of America Tower | 3350 Buschwood Park Drive, Suite 195 |

50 N. Laura Street, Suite 2500  
Jacksonville, FL 32202  
Telephone:   (904) 400-1429  
Facsimile:    (904) 638-8800  
TD@DavisPLLC.com  
Attorney for Plaintiffs

Tampa, FL 33618  
Telephone:   (813) 890-2465  
Facsimile:    (866) 466-3140  
apressler@sessions-law.biz  
Attorney for Defendant,  
Revenue Assistance Corporation  
d/b/a Revenue Group